United States District Court for the
Southern District of Mississippi

BRYANT LEMONT HARRIS I

v.

G. DALL KAMMER

CASE NO.

FILED:

CLERK:

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
NOV - 8 2021
ARTHUR JOHNSTON
BY _____ DEPUTY

3:21cv725-TSL-LGI

## Government Tort Civil Remedy
### 42 U.S.C.S. § 1983. Civil Action for Deprivation of Rights
### FTCA 28 USCA §§ 2671-2680

Now into court comes Bryant Lemont Harris I, pro se, in forma pauperis, and moves this Honorable Court having personal and subject matter jurisdiction over the issue at hand.

These matters concern the civil liberties, civil rights and individual dignity of this resident of Mississippi. Domiciled at: 121 Tillis Drive, Pinola, MS. 39149. Currently incarcerated: P.O. Box 1000, Butner, NC. 27509.

I file this claim with this court on the merits of arbitrary arrest and detention, false statements, abuse of process of law, deprivation of rights under color of law and under color of office.

*See attached: Affidavit of Merits (6 pages).

Pursuant to 42 U.S.C. § 1983. Civil Action for deprivation of rights; this claimant approaches this Honorable Court for legal remedy in an action at law.

Pursuant to the Federal Tort Claims Act; 28 U.S.C.A. §§ 2671-2680, it is the legal right of this claimant to sue an employee of the Federal Government in an action at law for injury due to negligent or wrongful acts by that employee committed within the scope of their employment.

Claimant aver he has been deprived of the benefit and protection of the law; deprived of constitutional freedom. <u>Non compos mentis</u>.

The depravity of G. Dall Kammer, Assistant U.S. Attorney; Attorney for the Government, prevents him from making sound decisions or acting on a mistaken understanding of the facts. This conduct is contrary to justice, honesty, and morality. G. Dall Kammer is unfit to practice law and should be stripped of his official or representative character. His deceitful acts should disqualify him from having the protection of government immunity. These deceitful practices have cause irreparable injury to this claimant. Abuse of process of law, arbitrary arrest and detention, fabricated evidence, false charge, false and misleading statements, deprivation of rights. Originated by one lie.

CLAIMANT PRAYS THAT THIS HONORABLE COURT WILL GIVE ATTENTION TO THIS COMPLAINT AND WILL MAKE A CAREFUL AND THOROUGH EXAMINATION AND REVIEW OF THE FACTS. GIVING THESE OPPRESSIVE CIRCUMSTANCES THAT I ENDURE IN THESE BONDS IT IS NEAR IMPOSSIBLE FOR CLAIMANT TO FURNISH AND/OR PRODUCE THE TANGIBLE MATERIALS FOR DOCUMENTATION AND/OR REPRESENTATION.

CLAIMANT AVER IT IS A MATTER OF FACT THAT HE IS UNJUSTLY DETAINED BY THIS MALICIOUS ABUSE.

CLAIMANT PRAYS FOR THE FOLLOWING RELIEF:
1) AN INJUNCTION/WRIT OF INJUNCTION COMMANDING THE RETURN, PROMPT RETURN OF CLAIMANT TO HIS DOMICILE AND FOR THIS PROSECUTOR TO RELENT IN HIS EFFORTS TO MALIGN THIS CLAIMANT.
2) A PREVENTIVE INJUNCTION TO STOP ANY FUTURE EFFORTS BY THESE ACTORS TO KIDNAP THIS CLAIMANT AND TO HOLD HIM IN BONDAGE WITHOUT HIS CONSENT.

CLAIMANT SEEKS REMEDY GRANTED BY LAW WHICH WOULD COMPENSATE AND/OR SERVE AS RESTITUTION FOR THIS PERMANENT AND PERSONAL INJURY. CLAIMANT AVER HE HAS BEEN OSTRACIZED AND MADE A PARIAH AS A RESULT OF THIS MALFEASANCE/MISFEASANCE. DAMAGES INCLUDE: COMPENSATORY, ACTUAL, IRREPARABLE, GENERAL, AND PUNITIVE DAMAGES. <u>CALUMNIAE JUDICIUM.</u>

CLAIMANT PRAYS FOR ANY AND EVERY FORM OF RELIEF AND REMEDY PROVIDE BY LAW. GIVE ME JUSTICE.

CLAIMANT PRAYS THAT THIS HONORABLE COURT WILL PROVIDE THE NECESSARY JUSTICE DUE WITHOUT DELAY AND THAT IT WILL SERVE AS AN INSTRUMENT OF RIGHTEOUSNESS AND THAT IT WILL CONDEMN THESE DECEITFUL PRACTICES AND THIS MISCARRIAGE AND PERVERSION OF JUSTICE.

WRITTEN AND SIGNED IN MY OWN HAND THIS 21ST DAY OF OCTOBER IN THE 2021 YEAR OF OUR LORD.

RESPECTFULLY SUBMITTED:

MR. BRYANT LEMONT HARRIS I
(IN CUSTODY)
22012-043
FMC-BUTNER
P.O. BOX 1600
BUTNER, NC 27509

HOME: 121 TILLIS DRIVE
PINOLA, MS 39149

PLEASE MAKE AN URGENT REPLY AND RETURN TO:

BRYANT LEMONT HARRIS 22012-043
FMC-BUTNER
P.O. BOX 1600
BUTNER, NC 27509

AEQUITAS VULT SPOLIATOS, VEL DECEPTOS, VEL LAPSOS ANTE OMNIA RESTITUI

## CERTIFICATE OF SERVICE

I DO HEREBY AFFIRM THAT A TRUE AND CORRECT COPY OF THIS REQUEST FOR CIVIL ACTION/REMEDY AND AFFIDAVIT HAS BEEN MAILED IN A STAMPED AND SEALED ENVELOPE THROUGH THE POSTAL PROCESS AT FMC-BUTNER, NORTH CAROLINA ON OCTOBER 27, 2021 TO THE FOLLOWING:

1) CLERK OF COURT
U.S. DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI
U.S. COURTHOUSE
501 EAST COURT STREET, SUITE 2.500
JACKSON, MS. 39201-2409

2) CLERK OF COURT
FIFTH CIRCUIT COURT OF APPEALS
600 SOUTH MAESTRI PLACE
NEW ORLEANS, LA. 70130

3) CLERK OF COURT
U.S. DISTRICT COURT FOR THE
MIDDLE DISTRICT OF LOUISIANA
RUSSELL B. LONG FEDERAL BUILDING
777 FLORIDA STREET, SUITE 139
BATON ROUGE, LA. 70801

REQUEST FOR RESPONSE.
PLEASE RETURN REPLY TO:

*[signature]*

BRYANT LEMONT HARRIS I
22012-043
FMC-BUTNER
P.O. BOX 1600
BUTNER, NC. 27509

AEQUITAS EST AEQUALITAS